# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RON ROSS, Chapter 11 Trustee;<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT L. RYNARD JR.,<br><br>    Defendant. | 8:17CV132<br><br>ORDER |

This matter is before the Court on the Findings and Recommendation of Chief United States Bankruptcy Judge Thomas L. Saladino, ECF No. 1. The Bankruptcy Judge recommends that the Court withdraw the bankruptcy reference because the Plaintiff/Trustee's claims involve non-core matters which require adjudication of state law claims. No objections have been filed to the Findings and Recommendation under Federal Rule of Bankruptcy Procedure 9033(b).

The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, that the Findings and Recommendation should be adopted.

IT IS ORDERED:

1. The Findings and Recommendation of Chief United States Bankruptcy Judge Thomas L. Saladino, ECF No. 1, are adopted;

2. The statutory reference of bankruptcy under 28 U.S.C. § 157 is withdrawn; and

3. The Clerk of Court is directed to randomly assign a magistrate judge to this matter who will progress the case.

Dated this 17th day of May, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge